No. 75–700. UNITED STATES ET AL. v. BEATTIE. C. A. 2d. Cir. Certiorari granted. Judgment vacated and case

remanded for further consideration in light of *Fisher* v. *United States* and *United States* v. *Kasmir, ante,* p. 391.